UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80175 CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Don Allen,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on August 26, 2011.

The court has considered the Report and Recommendation, the pertinent parts of the record, and being otherwise fully advised in the premises it is:

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The defendant is competent to stand trial. However, a change of plea hearing has been set for November 4, 2011 at 1:30 P.M.

**DONE and ORDERED** in West Palm Beach, this 15 day of September, 2011.

                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record